# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Nicole Frank**<br>DOB: 1990; United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>20-00206 MJ |

Complaint for violation of Title 8 United States Code § 1324(a)(1)(A)(ii)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about March 1, 2020, in the District of Arizona, **Nicole Frank**, knowing or in reckless disregard that a certain alien, including Adonias Matio-Luis had come to, entered, and remained in the United States in violation of law, did transport and move said alien within the United States by means of transportation and otherwise, in furtherance of such violation of law; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii)**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On or about March 1, 2020, in the District of Arizona, a 2004 Chevrolet Classic approached the Federal Route 15 (FR-15) checkpoint near Lukeville, Arizona. A United States Border Patrol Agent (BPA) asked the driver, identified as **Nicole Frank**, to state her citizenship. **Frank** and two of the three passengers stated they were United States citizens. BPA asked the back seat passenger, later identified as Adonias Matio-Luis, to roll down his window and he refused. **Frank** stated Matio-Luis was her autistic brother and could not answer for himself. BPA directed **Frank** to secondary to clarify the fourth passenger's citizenship. As the vehicle came to a stop in secondary, the door of the fourth passenger flew open and Matio-Luis attempted to flee. BPA apprehended Matio-Luis. Matio-Luis admitted he was a citizen of Guatemala, in the United States illegally.

Material witness Matio-Luis, stated he crossed into the United States illegally, with a group of five people. The witness stated they were guided via cell phone by a smuggler in Mexico. Matio-Luis stated he could not remember the specific pick up spot but knew it was on State Route 86 (SR-86). The witness stated a white four door car arrived, honked the horn and he came out of the brush. Matio-Luis stated a man was driving, a female in the front passenger seat and there was another woman in the back seat. The witness stated they drove for about an hour and before they reached the checkpoint, the male driver pulled the vehicle over on the side of the road and changed out with the female seated in the front seat. Matio-Luis believed the driver knew he was an illegal alien. Matio-Luis identified the male from a photo lineup.

MATERIAL WITNESS IN RELATION TO THE CHARGE: Adonias Matio-Luis

| Detention Requested<br>  Being duly sworn, I declare that the foregoing is<br>  true and correct to the best of my knowledge.<br>AUTHORIZED BY: AUSA JAA/kat. AGA<br><br>Sworn to before me and subscribed in my presence.<br>SIGNATURE OF MAGISTRATE JUDGE[1] | SIGNATURE OF COMPLAINANT<br><br><br>OFFICIAL TITLE<br>Border Patrol Agent<br><br>DATE<br>March 2, 2020 |

1) See Federal rules of Criminal Procedure Rules 3 and 54